UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LAVERE LEE-BRYANT #337291,

    Plaintiff,

v.

File No. 2:08-CV-138

HON. ROBERT HOLMES BELL

JAMES BESEAU, *et al.*,

    Defendants.
                                  /

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff's objections (Dkt. No. 4) to the R&R are **DENIED**.

**IT IS FURTHER ORDERED** that the R&R (Dkt. No. 3) as supplemented is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that this dismissal shall count as a **STRIKE** for purposes of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that the Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3).

This closes the case.


Date:   April 8, 2009             /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  UNITED STATES DISTRICT JUDGE